IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MELISSA HALL,
on behalf of herself
and others similarly situated,

      Plaintiff,

      v.        No. 17-cv-379

COUNTY OF MILWAUKEE,
DAVID A. CLARKE, JR., in his        Hon. Lynn Adelman
Official capacity,

      Defendants.        JURY TRIAL DEMANDED

## JOINT PROPOSED PRETRIAL SCHEDULE

Now come, Melissa Hall, by and through her attorneys, Loevy & Loevy, and the Defendants, by and through their attorneys, Husch Blackwell, and propose an amended pretrial schedule:

1. As Plaintiff anticipated in the previously proposed schedule, her counsel has now filed another lawsuit related to Milwaukee County Jail's restraint policy as applied to pregnant, laboring, and post-partum women. Dkt. No. 46 n.1; *Robles v. County of Milwaukee*; No. 18-1328. *Hall* and *Robles* are both assigned to Hon. Lynn Adelman.

2. The County has indicated that the approximately one dozen witnesses it will present in *Hall* will also likely be necessary in *Robles*.

3. The parties have worked together to complete depositions in *Hall*, but several depositions remain.

4. In the interests of efficiency, the parties propose that the discovery in *Hall* and *Robles* proceed on a consolidated schedule as follows:

    a. Close of Fact Discovery: February 1, 2019

    b. Plaintiff's Rule 26 (a) (2) Disclosures: March 1, 2019

    c. Defendants' Rule 26 (a) (2) Disclosures: April 1, 2019

    d. Plaintiff's Rule 26 (a) (2) Rebuttal Disclosure: April 15, 2019

    e. Dispositive Motion Deadline: May 15, 2019

5. Once service has been completed in *Robles*, the parties will submit this proposal in that case as well.

Respectfully submitted,

/s/ Theresa Kleinhaus
*One of the Attorneys for Plaintiff*

Michael Kanovitz
Scott Rauscher
Theresa Kleinhaus
Sam Heppell
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, IL 60607
(312) 243-5900


/s/ Timothy Posnanski
*One of the Attorneys for Defendants County of Milwaukee & Sherriff Clarke*
Charles H. Bohl
Timothy Posnanski
HUSCH BLACKWELL, LLP
555 East Wells Street, Suite 1900
Milwaukee, Wisconsin 53202-3819
(414) 273-2100

## **CERTIFICATE OF SERVICE**

    I, Theresa Kleinhaus, an attorney, certify that on October 5, 2018 I caused the foregoing **Joint Proposed Scheduling Order** to be filed via the Court's CM/ECF electronic filing system, which effected service on all counsel of record.

                                                                /s/ Theresa Kleinhaus

3

Case 2:17-cv-00379-LA   Filed 10/05/18   Page 3 of 3   Document 51