IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| MELISSA HALL, <br> on behalf of herself <br> and others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF MILWAUKEE, <br> DAVID A. CLARKE, JR., in his <br> Official capacity, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | <br><br><br><br><br> No. 17-cv-379 <br><br><br> Hon. Lynn Adelman <br><br><br> JURY TRIAL DEMANDED |

## MOTION TO WITHDRAW APPEARANCE

NOW COMES Plaintiff, MELISSA HALL, by and through his attorneys, LOEVY & LOEVY, and moves to withdraw Aisha Nicole Davis as counsel for Plaintiff. In support, Plaintiff states as follows:

1. Attorney Aisha Nicole Davis will shortly be concluding her employment at Loevy & Loevy, the law firm that represents Plaintiff, MELISSA HALL, in the above referenced matter.

2. Plaintiff will continue to be represented by Arthur Loevy, Michael Kanovitz, Scott Rauscher, Theresa Kleinhaus, & Sam Heppell.

3. No prejudice will ensue to Plaintiffs or any other party if Ms. Davis is permitted to withdraw her appearance in this matter.

WHEREFORE, Plaintiffs respectfully requests that the Court enter an order permitting the withdrawal of Aisha Nicole Davis' appearance as counsel in this matter.

RESPECTFULLY SUBMITTED,
/s/ Aisha N. Davis
Aisha N. Davis
Attorneys for Plaintiff

Dated: December 14, 2018

Arthur Loevy
Michael Kanovitz
Scott Rauscher
Theresa Kleinhaus
Sam Heppell
Loevy & Loevy 311 N. Aberdeen, 3rd FL
Chicago, IL 60607
Telephone: (312) 243-5900
Facsimile: (312) 243-5902
Aisha@Loevy.com

## Certificate of Service

    I hereby certify that on December 14, 2018, I electronically filed the foregoing papers with the Court Clerk using ECF system which will send notice to counsel of record.

                                                          /s/ Aisha N. Davis