UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MELISSA HALL,

        Plaintiff,

v.

                                      Case No. 17-CV-379

COUNTY OF MILWAUKEE, *et al.*,

        Defendants.

## STIPULATION FOR DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff and Defendants County of Milwaukee and David A. Clarke, Jr., in his official capacity, by and through their undersigned attorneys, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), any and all claims against Defendants, which were, or could have been, asserted by the Plaintiff are hereby dismissed, with prejudice, and without costs or attorneys' fees to any party.

Dated: __6/18/2019_

s/ Theresa Kleinhaus
Scott Rauscher
Theresa Kleinhaus
LOEVY & LOEVY
311 N. Aberdeen Street, Third Floor
Chicago, IL 60607
(312) 243-5900 Phone
scott@loevy.com
tess@loevy.com

Attorneys for Plaintiff

Dated:   6/18/2019

                                         s/ Timothy H. Posnanski
                                         Timothy H. Posnanski
                                         HUSCH BLACKWELL LLP
                                         555 East Wells Street, Suite 1900
                                         Milwaukee, WI  53202-3819
                                         (414) 271-2300  Phone
                                         (414) 223-5000  Fax
                                         Timothy.Posnanski@huschblackwell.com

                                         Attorneys for Defendants